AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

APPEARANCE

v.

CASE NUMBER: 02-82L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Rasheid Lebron

I certify that I am admitted to practice in this court.

3/17/08
*Date*

Mary S McElroy
*Signature*

Mary S McElroy 4830
*Print Name* *Bar Number*

10 Weybosset Street
*Address*

Providence RI 02903
*City* *State* *Zip Code*

(401) 528-4281
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.